WILLIAM P. VOLK, ESQ.
Nevada Bar No. 006157
RYAN T. GORMLEY, ESQ.
Nevada Bar No. 013494
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    wvolk@klnevada.com
           rgormley@klnevada.com

Attorneys for Plaintiff,
Ahern Rentals, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRUS TRANSPORTATION SERVICES INCORPORATED, a Utah corporation d/b/a ANDRUS TRUCK SERVICE; FERLA EXPRESS CORPORATION, a Nevada corporation d/b/a FERLA EXPRESS; LESLIE GUTIERREZ, an individual d/b/a FERLA EXPRESS; DOE INDIVIDUALS I-X and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO. 2-16-cv-00874-JAD-PAL<br><br>**AMENDED STIPULATION AND ORDER DISMISSING ALL CLAIMS IN THIS MATTER AND CLOSING CASE**<br><br>ECF No. 55 |

IT IS HEREBY STIPULATED by and between Plaintiff Ahern Rentals, Inc. and Defendant Andrus Transportation Services, Inc. through their undersigned counsel of record that;

FIRST, all claims in this matter are to be dismissed with prejudice;

SECOND, that each party shall bear its own fees and costs incurred in this matter; and

THIRD, that this stipulation resolves this matter in its entirety and this case should be CLOSED.

IT IS SO STIPULATED.

| DATED this 5th day of April, 2017 | DATED this 5 day of April, 2017 |
|---|---|
| **KOLESAR & LEATHAM** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ William P. Volk | /s/ Julie E. Maurer |
| WILLIAM P. VOLK, ESQ.<br>Nevada Bar No. 006157<br>RYAN T. GORMLEY, ESQ.<br>Nevada Bar No. 013494<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff* | JULIE E. MAURER, ESQ. (PRO HAC)<br>Arizona Bar No. 023347<br>STEVEN B. ABBOTT, ESQ.<br>Nevada Bar No. 010303<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Andrus Transportation Services, Inc.* |

**ORDER**

Pursuant to the stipulation of the parties and for good cause shown;

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that all claims in this matter are dismissed with prejudice;

IT IS FURTHER ORDERED that each party shall bear its own fees and costs incurred in this matter; and

IT IS FURTHER ORDERED that this stipulation resolves this matter in its entirety and this case is CLOSED.

IT IS SO ORDERED

DATED this 5th day of April, 2017.

_____
DISTRICT COURT JUDGE